Jessica WOODS, Petitioner
Below, Appellee.

No. 412, 2015

Supreme Court of Delaware.

Submitted: December 4, 2015
Decided: February 5, 2016

AFFIRMED.

■

Mark JACKSON, Plaintiff
Below, Appellant,

v.

The DOW CHEMICAL COMPANY, Rohm and Haas Company, Rohm and Haas Benefits Administrative Committee, Raj L. Gupta, Pierre R. Brondeau, Jacques M. Croisetiere, Robert A. Lonergan, Ellen Friedell, Royce Warrick, Jane Greenetz, Deanna May, Cynthia Mazer, Liberty Mutual Insurance Company, Richard Quinlan, Sean B, McSweeney, Michael Miller, Nancy Mayo, Lora Hamlin, Defendants Below, Appellees.

No. 366, 2015

Supreme Court of Delaware.

Submitted: December 4, 2015
Decided: February 8, 2016

AFFIRMED.

■

IN THE MATTER OF a Member of the Bar of the Supreme Court of Delaware:. Matthew M. CARUCCI, Respondent.

No. 50, 2016

Supreme Court of Delaware.

Submitted: February 3, 2016
Decided: February 8, 2016

ACCEPTED.

■

Jose A. COLON, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 589, 2015

Supreme Court of Delaware.

Submitted: December 21, 2015
Decided: February 8, 2016

AFFIRMED.